**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

NIKKI PAUL JOHNSON,

    Plaintiff,

vs.                                                CASE NO. 6:07-CV-926-ORL-19DAB

JACK PARKER, BREVARD COUNTY
SHERIFF'S OFFICE, BREVARD COUNTY
JAIL COMPLEX, SUSAN JEETER,
MICHAEL BROWN, GREGORY
ROBERTSON,

    Defendants.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 26, filed October 30, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 26) is **ADOPTED and AFFIRMED.** The Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 14, filed August 24, 2007) is **GRANTED,** the Motion to Dismiss Claims Against Defendant Parker in his Individual Capacity (Doc. No. 17, filed August 28, 2007) is **GRANTED,** and all claims against them are hereby dismissed. This action shall proceed solely on Plaintiff's claims against the Sheriff in this official capacity, in accordance with the Scheduling Order separately issued by the United States Magistrate Judge (Doc. No. 27, filed October 30, 2007).

**DONE AND ORDERED** at Orlando, Florida, this ___16th___ day of November, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record