UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NIKKI PAUL JOHNSON,

    Plaintiff,

v.                                          CASE NO. 6:07-cv-926-Orl-19DAB

JACK PARKER, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 30, 2007, the Court entered a Report and Recommendation (Doc. No. 26) and a scheduling order (Doc. No. 27), which were mailed to Plaintiff at his last known address. On November 6, 2007, the Orders were returned by the United States Postal Service as undeliverable. This Court then entered an Order to Show Cause (Doc. No. 29) why this case should not be dismissed for failure of Plaintiff to keep the Court apprised of his current address. The time for filing a response has passed, and Plaintiff has not filed not complied.

Plaintiff has an obligation to keep this Court advised of his current address in order to effectively process this litigation. Upon reviewing the file and determining that Plaintiff has neither shown good cause nor filed a change of address, it is

**ORDERED AND ADJUDGED** :

1.    That this case is **DISMISSED** without prejudice for failure to notify this Court of Plaintiff's current address.

2.    The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this   17th   day of December, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 12/17
Nikki Paul Johnson

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 12/17
Nikki Paul Johnson